UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WARREN SCOTT, III (#463618)

VERSUS                                            CIVIL ACTION

CORNEL H. HUBERT, ET AL                           NUMBER 08-11-FJP-SCR

ORDER

Petitioner Warren Scott, III has applied to this Court for a writ of habeas corpus.  His pro se petition refers to four state court convictions, docket nos. 12-97-48, 3-98-495, 7-99-977 and 6-00-296, in the Nineteenth Judicial District Court for the Parish of East Baton Rouge.  The court cannot determine from a review of the petitioner's § 2254 petition which conviction(s) is(are) being challenged and the ground(s) for relief being asserted.

Under the Federal Criminal Justice Act, 18 U.S.C. § 3006A(a)(2)(B), a district court may appoint an attorney for any financially eligible person who is seeking relief under 28 U.S.C. §§ 2241, 2254 or 2255 relief if the court determines that "the interests of justice so require."  *United States v. Moore*, 29 F.3d 623 (5th Cir. 1994).

Because the petitioner has satisfied this Court that he: (1) is unable to employ counsel, and (2) because the interests of justice so require;

IT IS ORDERED that this matter is referred to the Office of the Federal Public Defender for the purpose of either accepting the

CC: FPD w/petition

appointment to represent the petitioner or recommending counsel for appointment from the CJA panel.  The petitioner may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

    Baton Rouge, Louisiana, April 9, 2008.

                            STEPHEN C. RIEDLINGER
                            UNITED STATES MAGISTRATE JUDGE