UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WARREN SCOTT, III (#463618)

CIVIL ACTION

VERSUS

NO. 08-11-FJP-SCR

CORNEL H. HUBERT, ET AL

O P I N I O N

After independently reviewing the entire record in this case
and for reasons set forth in the Magistrate Judge's Report[1] to
which an objection was filed by counsel for plaintiff[2] and counsel
for the State of Louisiana[3]:

The Court finds that petitioner's claim that his guilty plea
to aggravated burglary was not knowing and voluntary is denied.
This matter is referred back to the magistrate judge for further
proceedings on petitioner's sexual battery trial ineffective
assistance of counsel claim.

Baton Rouge, Louisiana, July 23, 2012.

_Frank J. Polozola_
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1]Rec. Doc. No. 49.

[2]Rec. Doc. No. 50.

[3]Rec. Doc. No. 51.

Doc#47890