UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WARREN SCOTT, III (#463618)

VERSUS

CORNEL H. HUBERT, ET AL

CIVIL ACTION

NO. 08-11-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report[1] to which an objection was filed by counsel for plaintiff[2] and counsel for the State of Louisiana[3]:

The Court finds that petitioner's claim that his guilty plea to aggravated burglary was not knowing and voluntary is denied. This matter is referred back to the magistrate judge for further proceedings on petitioner's sexual battery trial ineffective assistance of counsel claim.

Baton Rouge, Louisiana, July 23, 2012.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1]Rec. Doc. No. 49.

[2]Rec. Doc. No. 50.

[3]Rec. Doc. No. 51.

Doc#47890