UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WARREN SCOTT, III (#463618)

VERSUS

CORNEL H. HUBERT, ET AL

CIVIL ACTION

NUMBER 08-11-BAJ-SCR

**RULING AND
ORDER OF DISMISSAL**

The Court has carefully considered the Petition Under 28 U.S.C. § 2254 for Writ of habeas Corpus By a Person in State Custody, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 14, 2013 (doc. 65), and the objection filed by plaintiff Warren Scott, III (doc. 66).

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** the petitioner's claim that he was denied effective assistance of counsel during his sexual battery trial, when his trial attorney failed to timely make a *Batson* challenge during jury selection, is denied and this action is hereby dismissed.

Baton Rouge, Louisiana, March 27, 2013.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA